# EXHIBIT G

Hydro Québec
Energy Services U.S.®

January 30, 2026

**Via Email**

NSTAR Electric Company d/b/a Eversource Energy

RE: Partial Interruption of Deliveries under the PPA

Ladies and Gentlemen:

Reference is made to the Power Purchase Agreement (the "PPA"), dated as of June 13, 2018, as amended, between H.Q. Energy Services (U.S.) Inc. ("HQUS") and NSTAR Electric Company (d/b/a Eversource Energy) ("Buyer").[1]

We write regarding the partial interruption of Deliveries of Qualified Clean Energy over the Québec Line during various hours over the past week, (including January 24th and January 25th as noted in your letter). The partial interruption of service is due to extreme weather conditions in Québec and the surrounding areas that are causing a reliability curtailment of resources. HQUS is still evaluating the facts and circumstances surrounding the curtailments and will provide further elaboration in writing on those issues as soon as practicable. In the current circumstances, HQUS reserves all rights, claims and defenses under the PPA, including, but not limited to, any rights under Sections 4.3(c) and 10.1(a)-(b) of the PPA.

We can assure you that HQUS is taking all commercially reasonable steps to meet its energy commitments in light of the extreme weather conditions and will continue to do so.

Please let me know if you have any questions or would like to discuss further.

Sincerely,

**H.Q. ENERGY SERVICES (U.S.) INC.**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the PPA.