# EXHIBIT H

EVERSOURCE ENERGY

February 6, 2026

H.Q. Energy Services (U.S.) Inc.
75, René Lévesque Boulevard West, 18th Floor
Montreal (Québec) Canada
H2Z 1A4
Attention: General Manager

Re: Statement for Cover Damages Due Under Power Purchase Agreement Between NSTAR Electric Company d/b/a Eversource Energy("Buyer") and H.Q. Energy Services (U.S.) Inc. ("Seller") dated as of June 13, 2018, as Amended

Ladies and Gentlemen:

Reference is made to the above - captioned Power Purchase Agreement. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in that Power Purchase Agreement.

Attached please find a statement in the amount of $20,166,731 representing the Cover Damages due and payable to Buyer by Seller under the referenced Power Purchase Agreement for the month of January, 2026. These Cover Damages are calculated in accordance with Section 4.3(a) of the Power Purchase Agreement and are attributed to the Uncured Delivery Shortfall for the unexcused failure by Seller to Deliver the full amount of Products due Buyer. As detailed in the attachment to that statement, the Cover Damages are comprised for each hour of that Uncured Delivery Shortfall of (i) the market price of energy (calculated as the Day Ahead Market Locational Market Price at the Delivery Point), (ii) the market price of Environmental Attributes (calculated as the market price for Massachusetts Clean Energy Standard Program Clean Energy Certificates), and (iii) the Transmission Service Payment under the Transmission Service Agreement between Buyer and NECEC Transmission LLC.

This statement is due upon receipt. The Payment to the Buyer should be made to:

| | |
|---|---|
| Account number: | [redacted] |
| Active ACH Blocks/Filters on file: | Yes |
| Routing number ACH/EFT: | [redacted] |
| Routing number DOM. WIRES: | [redacted] |
| SWIFT Code INTL WIRES: | [redacted] (U.s DOMESTIC) [redacted] (FOREIGN CURRENCY) |
| Account name: | NSTAR ELECTRIC COMPANY |
| Account Address: | 1 NSTAR WAY APT 100, WESTWOOD, MA 02090-2341 |

Additionally, as you were previously advised, the Buyer claims entitlement to the Buyer's share of the Forecast Energy Requirement Credit revenue based on the energy to be delivered by the Seller under the Power Purchase Agreement. Based on the Forecast Energy Requirement Price published by the ISO-NE, the Buyer has calculated this amount to be $4,441,496 for the month of January, 2026. As you know, there are ongoing discussions among the representatives of the Buyer and Seller with the goal of resolving the Buyer's claim.

Please note that the Buyer reserves all claims, rights, remedies and defenses under the Power Purchase Agreement.

cc: Billing Manager, H.Q. Energy Services (U.S.) Inc.

| Cover Damages Totals | Amount | Notes |
|---|---|---|
| Replacement Energy Cost | $ 17,264,870 | Calculated using Day-ahead LMPs reported by ISO-NE at the delivery point using IBT data. |
| Transmission Reimbursement | $ 985,497 | Calculated using the $13.61/kW-month first year price in the Transmission Service Agreement. Calculations for the hourly value are on the "TSA Calculation" tab. |
| Replacement CES Attribute Cost at Delivery Point* | $ 1,850,070 | *2026 ACP of $35 for CES used as replacement price. Calculated against under delivery at the delivery point. |
| Replacement CES Additional Attribute Cost at Border** | $ 66,294 | **Subject to additional flow information from HQ to account for certificates generated at the border that are associated with energy deliveries to the delivery point but which are not included in the energy under-delivery calculation. Absent additional flow data from the project, Eversource assumed a 3.6% increase in deliveries to account for additional certificates at the border. This is based off of numbers from the June 5th, 2025 Metering and Losses Diagram provided by HQ. 2026 ACP of $35 for CES used as replacement price. |
| FERP*** | $ 4,441,496 | ***Subject to ongoing discussions between HQ and the EDCs. Calculated at the border using the same adder used to estimate the Replacement CES Additional Attribute Cost above. |
| Total | $ 24,608,227 | |
| Total - FERP | $ 20,166,731 | |