# EXHIBIT I

Unitil

***VIA E-MAIL TRANSMITTAL***

February 6, 2026

H.Q. Energy Services (U.S.) Inc.
75, René Lévesque Boulevard West, 18th Floor
Montreal (Québec) Canada
H2Z 1A4
Attention: General Manager

Re: Statement for Cover Damages Due Under Power Purchase Agreement Between Fitchburg Gas and Electric Light Company d/b/a Unitil ("Buyer") and H.Q. Energy Services (U.S.) Inc. ("Seller") dated as of June 13, 2018, as Amended (the "Agreement")

Ladies and Gentlemen:

Attached please find our statement in the amount of $428,895.42 and supporting calculations for the Cover Damages[1] due and payable to Buyer by Seller under the Agreement for the month of January, 2026. These Cover Damages are calculated in accordance with Section 4.3(a) of the Agreement and are attributed to the Uncured Delivery Shortfall for the unexcused failure by Seller to Deliver the full amount of Products due Buyer on each day during the period January 16 through 31, 2026. As detailed in the supporting calculations, for each hour of Uncured Delivery Shortfall the Cover Damages are comprised of: (i) the market price of energy (calculated as the Day Ahead Market Locational Market Price at the Delivery Point), (ii) the market price of Environmental Attributes (calculated as the alternative compliance payment Alternate Compliance Payment rate for Massachusetts Clean Energy Standard Program Clean Energy Certificates), and (iii) the Transmission Service Payment under the Transmission Service Agreement between Buyer and NECEC Transmission LLC.

Pursuant to Sections 4.2(a) and 5.2 of the Agreement, Seller's payment of the Cover Damages is due no later than the deadline for Buyer's payment of the invoice that Seller will issue to Buyer no later than February 15, 2026. Please pay the Cover Damages calculated in the statement to Buyer's account pursuant to the following wiring instructions:

Name: Fitchburg Gas & Electric Light Comp.
Bank: Bank of America
ABA for ACH : [redacted]
ABA for Wire: [redacted]
Account Number: [redacted]

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Agreement.

Unitil

Additionally, as you were previously advised, Buyer claims entitlement to its share of the Forecast Energy Requirement Credit revenue based on the Energy to be Delivered by Seller under the Agreement. Accordingly, although the enclosed statement provides Buyer's calculation of the Forecast Energy Requirement Credit for January 2026, that amount has not been included in the Cover Damages statement as that issue is subject to ongoing discussions between representatives of Buyer and Seller.

Please note that the Buyer reserves all claims, rights, remedies and defenses under the Agreement.

Sincerely,

Robert S. Furino
Vice President
Fitchburg Gas and Electric Light Company d/b/a Unitil
cc: Billing Manager, H.Q. Energy Services (U.S.) Inc.