UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NSTAR ELECTRIC COMPANY (d/b/a Eversource Energy), et al., Plaintiffs, v. H.Q. ENERGY SERVICES (U.S.) INC., Defendant. | Civil Action No. 26-14124-DJC |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT H.Q. ENERGY SERVICES (U.S.) INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant H.Q. Energy Services (U.S.) Inc. hereby states:

1. H.Q. Energy Services (U.S.) Inc. is a Delaware corporation and is a wholly-owned subsidiary of H.Q. Energy Holdings, Inc. H.Q. Energy Holdings, Inc. is a wholly-owned subsidiary of HQ Energy Marketing Inc., which is a wholly-owned direct subsidiary of Hydro-Québec. Hydro-Québec is a state-owned entity organized under the laws of Québec and all capital stock of Hydro-Québec is held by the Minister of Finance on behalf of the Government of Québec.

2. No publicly held corporation owns 10% or more of H.Q. Energy Services (U.S.) Inc.'s stock.

Dated: September 16, 2026
Boston, Massachusetts

Respectfully submitted,

/s/ *Alisha Q. Nanda*

Alisha Q. Nanda (BBO #657266)
Kurt Wm. Hemr (BBO #638742)
Rene H. DuBois (BBO #688849)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
alisha.nanda@skadden.com
kurt.hemr@skadden.com
rene.dubois@skadden.com

Jennifer Permesly (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
jennifer.permesly@skadden.com

*Counsel for Defendant*
*H.Q. Energy Services (U.S.) Inc.*