UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NSTAR ELECTRIC COMPANY D/B/A EVERSOURCE ENERGY;<br><br>MASSACHUSETTS ELECTRIC COMPANY AND NANTUCKET ELECTRIC COMPANY EACH D/B/A NATIONAL GRID; and<br><br>FITCHBURG GAS AND ELECTRIC LIGHT COMPANY D/B/A UNITIL,<br><br>Plaintiffs,<br><br>v.<br><br>H.Q. ENERGY SERVICES (U.S.) INC.,<br><br>Defendant. | Case No.: 1:26-cv-14124-DJC<br><br>**ADDENDUM A TO AMENDED CIVIL ACTION COVER SHEET** |

In accordance with Local Rule 40.1(g)(6), Plaintiffs NSTAR Electric Company d/b/a Eversource Energy ("Eversource"), Massachusetts Electric Company and Nantucket Electric Company, each d/b/a National Grid (together, "National Grid"), and Fitchburg Gas and Electric Light Company d/b/a Unitil ("Unitil") (collectively, the "Electric Distribution Companies") certify as follows:

1. In accordance with Local Rule 40.1(g), the basis for designating the above-captioned case and Case No. 1:26-cv-14123-MJJ as "related" on the Amended Civil Action Cover Sheet filed today is that the two matters involve the same parties, the same or substantially similar issues of fact, and arise out of the same occurrence and transaction.

2. The Electric Distribution Companies did not designate 1:26-cv-14123-MJJ and this matter as "related" at the time of filing the initial pleading because the two matters were filed at approximately the same time. The Electric Distribution Companies therefore did not know

of the existence of 1:26-cv-14123-MJJ at the time they filed their complaint in this case.

Accordingly, good cause exists to file the Amended Civil Action Cover Sheet.

Dated: September 17, 2026

Respectfully submitted,

NSTAR ELECTRIC COMPANY D/B/A EVERSOURCE ENERGY and FITCHBURG GAS AND ELECTRIC LIGHT COMPANY D/B/A UNITIL,

By their attorneys,

*/s/ Christopher J. Cunio*
Christopher J. Cunio (BBO# 634518)
Nicholas D. Stellakis (BBO# 644981)
Natalia Cristina San Juan*
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, MA 02109
Tel: (617) 648-2800
Fax: (617) 433-5022
ccunio@hunton.com
nstellakis@hunton.com
nsanjuan@hunton.com

**Pro Hac Vice Application Forthcoming*

and

MASSACHUSETTS ELECTRIC COMPANY AND NANTUCKET ELECTRIC COMPANY EACH D/B/A NATIONAL GRID,

By their attorneys,

*/s/ Shailee D. Sharma*
Jeremy B. Creelan (pro hac vice)
Shailee D. Sharma (BBO# 687705)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
JCreelan@jenner.com
SSharma@jenner.com

Laurie J. Edelstein (pro hac vice)
JENNER & BLOCK LLP
525 Market Street, 29th Fl.
San Francisco, CA 94105
Tel: (628) 267-6800
LEdelstein@jenner.com

Zachary B. Cohen (pro hac vice)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Ste. 900
Washington, DC 20001
Tel: (202) 639-6000
ZCohen@jenner.com